Maria Eufemia YOC–PIRIR, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–72930.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.[*]

Filed Oct. 26, 2010.

Maribel Reynoso, Esquire, Law Offices of Maribel Reynoso, Long Beach, CA, for Petitioner.

Oil, Lisa Marie Arnold, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM [**]

Maria Eufemia Yoc–Pirir, a native and citizen of Guatemala, petitions for review

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of the Board of Immigration Appeals' ("BIA") order denying her motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Cano–Merida v. INS*, 311 F.3d 960, 964 (9th Cir.2002), and we deny the petition for review.

In her opening brief, Yoc–Pirir fails to address, and therefore has waived any challenge to, the agency's denial of her motion to reconsider as number—barred under 8 C.F.R. § 1003.2(b)(2). *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996).

Yoc–Pirir's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.